# NO. 12-20173

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

**THE CITY OF HOUSTON, Plaintiff - Appellee**

vs.

**AMERICAN TRAFFIC SOLUTIONS, INC., Defendant - Appellee**

vs.

**FRANCIS M. KUBOSH, RANDALL KUBOSH,**
and **JOHN STRANGMEIER, Appellants**
_____

## UNOPPOSED MOTION FOR DISMISSAL
## OF APPEAL WITH PREJUDICE
_____

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants Francis and Randall Kubosh and John Strangmeier move for dismissal of the appeal with prejudice. This motion is made pursuant to a Settlement Agreement among the parties agreed to as of April 12, 2013, and is unopposed.

Pursuant to 5th Cir. R. 42.1, Appellants request that the Court enter an Order of Dismissal With Prejudice, and issue a copy of the Order as the mandate.

Dated:  April 18, 2013.                    Respectfully Submitted,

*/s/ David A. Furlow*
**THOMPSON & KNIGHT LLP**
**David A. Furlow**
State Bar No. 07555580
Fed. I.D. No. 3435
**Attorney-in-Charge**
333 Clay Street, Suite 3300
Houston, Texas  77002-5234
Telephone:   (713) 653-8653
Facsimile:   (713) 654-1871
david.furlow@tklaw.com

**Levi J. Benton**
**Benton Massey LLP**
Texas State Bar No. 00783638
440 Louisiana, Suite 2350
Houston Texas 77002
Phone: 713-223-1550
Fax: 713-588-8462
**LBenton@BentonMassey.com**

**ATTORNEYS FOR INTERVENORS AND APPELLANTS FRANCIS M. KUBOSH, RANDALL KUBOSH, AND JOHN STRANGMEIER**

Randall Kallinen
Texas State Bar No. 00790995
*Attorney-in-Charge*
511 Broadway
Houston, Texas 77012
Phone: 713-320-3785
Fax: 713-893-6737
**AttorneyKallinen@aol.com**

**APPELLANTS' COUNSEL**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been filed in the office of the Clerk for the United States Court of Appeals for the Fifth Circuit using the CM/ECF System, and that service of such filing will be made electronically on the following registered CM/ECF users:

***Counsel for City of Houston***

David M. Feldman
Email: david.feldman@houstontx.gov
City of Houston
Legal Department
4th Floor
900 Bagby Street
Houston, TX 77002-0000

***Counsel for American Traffic Solutions, Incorporated***

Andy Taylor, Esq.
Email: ataylor@andytaylorlaw.com
Andy Taylor & Associates, P.C.
Suite 288
2668 Highway 36 S.
Brenham, TX 77833-0000

Roger Gordon
901 S. Mopac Expressway
Building One, Suite 300
Austin, TX 78746

***Counsel for American Traffic Solutions, Incorporated - (cont'd)***

Christopher Paul Hanslik, Esq.
Email: chanslik@boyarmiller.com
BoyarMiller
4265 San Felipe Street, Suite 1200
Houston, TX 77027-0000

Thomas Royal Phillips
Email: tom.phillips@bakerbotts.com
Baker Botts, L.L.P.
98 San Jacinto Boulevard
San Jacinto Center, Suite 1500
Austin, TX 78701-4078

Kathleen E. Weir
Email: kathleen.weir@bakerbotts.com
Baker & Botts, L.L.P.
910 Louisiana Street
1 Shell Plaza
Houston, TX 77002-4995


*/s/ David A. Furlow*
David A. Furlow

502417 000011 6595793.1